In the Matter of ELBERT WELCH, Appellant, v JAMES P. PUNCH et al., Respondents.

Submitted October 29, 2012; decided January 8, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of JOHN L. WESLOWSKI, Respondent, v C. SCOTT VANDERHOEF et al., Appellants.

Submitted November 19, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of CLIFTON K. WILLIAMSON, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted November 13, 2012; decided January 8, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.